200 F.2d 198
 Jim Dowling STRINGER,
v.
Walter A. HUNTER, Warden, United States Penitentiary,
Leavenworth, Kansas.
 No. 4555.
 United States Court of Appeals Tenth Circuit.
 Oct. 7, 1952.
 
 William Tinker, Wichita, Kan., for appellant.
 Eugene W. Davis, U.S. Atty., and Ernest J. Rice, Asst. U.S. Atty., Topeka, Kan., for appellee.
 Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed on October 7, 1952, on motion of appellee, on ground appeal is moot.